# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO GUILIANO CRESCI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERKINS, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00412-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>[ECF Nos. 25, 26] |

　　　　Plaintiff Carlo Guiliano Cresci is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 22, 2020, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for his failure to file an amended complaint. (ECF No. 25.) On this same date, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 26.)

　　　　Good cause having been presented, it is HEREBY ORDERED that:

　　　　1.　　The Court's June 22, 2020 order to show cause is discharged; and

　　　　2.　　Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: __June 23, 2020__

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1