**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLO GIULIANO CRESCI, | ) Case No.: 1:20-cv-00412-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DISCHARGING WRIT OF HABEAS |
| | ) CORPUS AD TESTIFICANDUM AS TO INMATE |
| PERKINS, et.al., | ) CARLO GIULIANO CRESCI, CDCR #AZ-6742 |
| Defendants. | ) |
| | ) |
| | ) |

A settlement conference in this matter commenced on September 9, 2021.  Inmate Carlo Giuliano Cresci, CDCR #AZ-6742 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 9, 2021**            /s/ *Barbara A. McAuliffe*            _
                                                    UNITED STATES MAGISTRATE JUDGE

1