1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

CARLO GUILIANO CRESCI,

9

Plaintiff,

10

v.

11

PERKINS, *et al.*,

12

Defendants.

13

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:20-cv-00412-SAB (PC)

ORDER GRANTING DEFENDANTS' MOTION TO TERMINATE JURISDICTION

(ECF No. 54)

14    On September 13, 2021, the Court dismissed this action pursuant to the parties' settlement

15 and retained jurisdiction for one year or upon proof of payment of the settlement. (ECF Nos.

16 51, 53.) On March 11, 2022, the California Department of Corrections and Rehabilitation's

17 settlement coordinator informed Defendants that settlement funds have been disbursed.

18 (Declaration of Oliver C Wu ¶ 2, ECF No. 54-1.)

19    On March 14, 2022, Defendants filed a motion requesting that the Court terminate jurisdiction

20 over this case.  Plaintiff did not file an opposition and the time to do has now passed.

21    Based on the fact that the settlement funds have been disbursed to Plaintiff, Defendants'

22 motion to terminate jurisdiction over the action is GRANTED.

23

24 IT IS SO ORDERED.

25 Dated:   __**April 25, 2022**__

26                                                    UNITED STATES MAGISTRATE JUDGE

27

28

1